JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN FOGERTY, | ) | Case No.  CV 15-6069 FMO (FFMx) |
| Plaintiff, | ) | CV 15-6501 FMO (FFMx) |
| v. | ) | **ORDER RE: CONSOLIDATION** |
| STUART COOK, et al., | ) | |
| Defendants. | ) | |

Having reviewed and considered the parties' Joint Rule 26(f) Reports in the above-referenced matters, the court concludes as follows.

In Fogerty v. Cook, CV 15-6069 ("Fogerty Action"), plaintiff alleges breach of a 2001 settlement agreement. (See Fogerty Action Complaint, Dkt. No. 1-1, at ¶¶ 12-16). In Poor Boy Prods., Inc. v. Fogerty, CV 15-6501 ("Poor Boy Action"), plaintiffs allege torts and breaches against Fogerty arising from the same 2001 settlement agreement. (See Poor Boy Action Complaint, Dkt. No. 1, at ¶¶ 13-17). In the Joint Rule 26(f) Reports submitted in both cases, all parties request that the two cases be consolidated for all purposes. (See Fogerty Action, Dkt. No. 20, at 10; Poor Boy Action, Dkt. No. 46, at 8).[1]

---

[1] Moreover, "trial courts may consolidate cases sua sponte." In re Adams Apple, Inc., 829 F.2d 1484, 1487 (9th Cir. 1987)

"If actions before the court involve a common question of law or fact, the court may consolidate the actions." Fed. R. Civ. P. 42(a). The court "weighs the saving of time and effort consolidation would produce against any inconvenience, delay, or expense that it would cause." Huene v. United States, 743 F.2d 703, 704 (9th Cir.1984). "A district court generally has 'broad' discretion to consolidate actions[.]" Pierce v. Cnty. of Orange, 526 F.3d 1190, 1203 (9th Cir. 2008).

The complaints involve common issues of law or fact regarding breaches or torts in connection with the 2001 settlement agreement among the parties. Consolidating the matters would save time and effort and would result in little, if any, inconvenience, delay, or expense. Accordingly, the court will consolidate Case Nos. CV 15-6069 and CV 15-6501.

Based on the foregoing, IT IS ORDERED THAT Fogerty v. Cook, CV 15-6069 FMO (FFMx) and Poor Boy Prods., Inc. v. Fogerty, CV 15-6501 FMO (FFMx) are consolidated for all purposes. The Clerk shall consolidate these actions such that Case No. CV 15-6069 FMO (FFMx) shall be the lead case. All future filings shall be filed in Case No. 15-6069 FMO (FFMx) until further notice from the court. The Clerk shall administratively close Case No. CV 15-6501 FMO (FFMx) pending further order of the court.

Dated this 16th day of October, 2015.

/s/
Fernando M. Olguin
United States District Judge